IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| T.K. PARTHASARATHY, EDMUND WOODBURY, STUART ALLEN SMITH, and SHARON SMITH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>T. ROWE PRICE INTERNATIONAL FUNDS, INC., T. ROWE PRICE INTERNATIONAL, INC., ARTISAN FUNDS, INC., ARTISAN PARTNERS LIMITED PARTNERSHIP, AIM INTERNATIONAL FUNDS, INC. AND A I M ADVISORS, INC.,<br><br>    *Defendants*. | Case No. 06-cv-1008-JPG-DGW |

**ORDER**

THIS matter having come before this Court on the Motion to Consolidate, and the Court being fully apprised in its premises:

It is hereby **ORDERED** that said motion be **GRANTED** and that Case No. 06-cv-1008 be consolidated with Case No. 06-cv-943 for all purposes, and that further proceedings in the consolidated litigation be docketed under Case No. 06-cv-943-DRH.

Dated: December 14, 2006

                                            /s/        David   RHerndon
                                          United States District Judge